# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

## PRETRIAL CONFERENCE MINUTES

| | | |
|---|---|---|
| MARIA RAMOS, | ) | COURT MINUTES - CIVIL |
| | ) | BEFORE:  JANIE S. MAYERON |
| Plaintiff(s), | ) | U.S. Magistrate Judge |
| | ) | |
| v. | ) | Case No:        08-5872 (JRT/JSM) |
| | ) | Date:            December 22, 2008 |
| NATIONAL SERVICE COMPANY OF | ) | Time Commenced: 11:00 a.m. |
| IOWA, INC., | ) | Time Concluded:  11:15 a.m. |
| | ) | Total Time:       15 Minutes |
| Defendant(s). | ) | |

**APPEARANCES:**

Plaintiff(s):        Mark Greenman, Esq.
Defendant(s):      Rick Vogt, Esq. and Lisa Guerra, Esq.

**PROCEEDINGS:**

Pretrial scheduling conference held.  Pretrial Scheduling Order to be issued.

s/KH
Judicial Assistant