UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

MARIA RAMOS,  CIVIL NO. 08-5872 (JRT/JSM)

    Plaintiff,

v.  ORDER

NATIONAL SERVICE COMPANY
OF IOWA, INC.,

    Defendant.

The above matter came on before the undersigned upon the parties' October 1, 2009 Stipulation to Extend Discovery Deadline [Docket No. 15].

The Court, being duly advised in the premises, upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED that the parties' October 1, 2009 Stipulation to Extend Discovery Deadline [Docket No. 15] is denied without prejudice for failure to comply with the requirements of Fed. R. Civ. P. 16(b) and Local Rule 16.3.

Dated:   October 2, 2009

                                          *s/ Janie S. Mayeron*
                                          JANIE S. MAYERON
                                          United States Magistrate Judge