## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA
_____

| | |
|---|---|
| MARIA RAMOS, | Civil No. 08-5872 (JRT/JSM) |
| Plaintiff, | |
| v. | |
| NATIONAL SERVICE COMPANY OF IOWA, INC. | **ORDER FOR DISMISSAL** |
| Defendant. | |

_____

Mark A. Greenman, **LAW OFFICE OF MARK GREENMAN,** 10 South Fifth Street, Suite 700, Minneapolis, MN 55402, for plaintiff.

Frederick Vogt, **MACKALL, CROUNSE & MOORE, PLC,** 901 Marquette Avenue, Suite 1400, Minneapolis, MN 55402, for defendant.

This matter is before the Court upon the stipulation of dismissal with prejudice filed by the parties on February 25, 2010 [Docket No. 19].

**IT IS HEREBY ORDERED** that all claims, cross-claims, third-party claims, and affirmative defenses between and among the Parties be and hereby are **DISMISSED WITH PREJUDICE** and on the merits, and without costs, disbursements or attorney's fees to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

DATED: February 26, 2010
at Minneapolis, Minnesota.

                                                s/ John R. Tunheim
                                                JOHN R. TUNHEIM
                                             United States District Judge